1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LAWRENCE GEORGE HASH,                    No.  2:16-cv-1603-EFB P

12              Plaintiff,

13         v.                                 ORDER

14   SAMER A. KANAAN, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed in forma pauperis

19   pursuant to 28 U.S.C. § 1915(a)(1).  He has not, however, submitted a certified trust account

20   statement.

21        Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment

22   of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall

23   submit a certified copy of the trust fund account statement (or institutional equivalent) for the

24   prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained

25   from the appropriate official of each prison at which the prisoner is or was confined."  Plaintiff

26   has not submitted a certified copy of his trust account statement or the institutional equivalent.

27        Accordingly, plaintiff has 30 days from the date this order is served to submit the required

28   trust account statement.  Failure to comply with this order may result in dismissal of this case.

1

1  The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma

2  Pauperis by a Prisoner.

3         So ordered.

4  Dated:  July 18, 2016.                       EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE

2